1

2                  UNITED STATES DISTRICT COURT

3                  EASTERN DISTRICT OF WASHINGTON

4

5

6   VICTORIA A. VANGRIMBERGEN,          )
                                        )     CV 05 0367 AAM
7                    Plaintiff,         )
                                        )     ORDER OF DISMISSAL
8              vs.                      )
                                        )
9   UNITED STATES OF AMERICA,           )
                                        )
10                   Defendant.         )

11

12

13       Upon the Joint Motion of the parties,

14       IT IS ORDERED that this matter is dismissed with prejudice and without

15   costs, and the file CLOSED.

16       DATED this 9th  day of April, 2007.

17

18

19                      _s/ Alan A. McDonald_____
                             ALAN A. McDONALD
20                      Senior United States District Judge

21
    Presented by:
22
    s/ Frank A. Wilson
23  FRANK A. WILSON
    Assistant U. S. Attorney
24  Attorney for United States

25

26

27

28